JOHN BRZOZA, JR., Respondent, et al., Plaintiff, v. PARK P. E. P. CORPORATION et al., Appellants, et al., Defendants.

Beldock, P. J., Brennan, Hopkins, Munder and Nolan, JJ., concur.